U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 3 0 2018

TONY R. MOORE, CLERK
BY: MB
     DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DERRICK DAMON RAINWATER, Petitioner | CIVIL ACTION NO. 1:18-CV-746-P |
| VERSUS | JUDGE DRELL |
| CHRIS MCCONNELL, Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Rainwater's § 2241 petition is DISMISSED without prejudice for lack of jurisdiction.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 29th day of AUGUST, 2018.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE